# Certificate of Service

District/Off: 0101-1   User: dk                                        Date printed: 7/28/2010
Case: 10-01205         Form ID: summons              Total: 1

aty  Jessica Murphy   Mirick O'Connell DeMallie & Lougee   100 Front Street   Worcester, MA 01608