**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   Debra Jean Silva

            Debtor,

Related Bankruptcy Case: 09-19222
Chapter 7
Judge William C. Hillman

Sovereign Bank
       Plaintiff

vs.

Robert B. Our Co., Inc., et al
       Defendant

Adversary Proceeding: 10-01205

---

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer within 35 days.
**ANSWER DUE: 8/27/10**

    Address of Clerk:

        U. S. Bankruptcy Court
        J.W. McCormack Post Office & Court House
        5 Post Office Square, Suite 1150
        Boston, MA 02109-3945

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

    Name and Address of Plaintiff's Attorney:

        Jessica Murphy
        Mirick O'Connell DeMallie & Lougee
        100 Front Street
        Worcester, MA 01608

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 7/28/10

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

David Krinsky
Deputy Clerk
(617) 748-5332



Chapter 7
Adversary Proceeding: 10-01205
Judge William C. Hillman

## CERTIFICATE OF SERVICE

I, ___Jessica E. Murphy, Esq.___ (name), certify that service of this summons and a copy of the complaint was made : ___7/29/10___ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: and via certified mail, return receipt requested,

(See Exhibit A Attached Hereto and Made a Part Hereof)

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

___7/29/10___  
Date

_____  
Signature

| Jessica E. Murphy, Esq. |
|---|
| Print Name |
| Mirick O'Connell DeMallie & Lougee, LLP |
| Business Address |
| 100 Front Street |
| City     State     Zip |
| Worcester, MA  01608 |

## Summons In An Adversary Proceeding
### Adversary Proceeding Case No. 10-01205

### Certificate of Service - Exhibit A

Robert B. Our Co., Inc.
c/o Joan A. Our, Registered Agent
24 Great Western Road
Harwich, MA 02645-2314

Christopher W. Our, President
Robert B. Our Co., Inc.
24 Great Western Road
Harwich, MA 02645-2314

Edward E. Veara
828 Main Street
Dennis, MA 02638-1904

Royal Bank America Leasing
Attn: Legal Dept.
550 Township Line Road
Suite 425
Bluebell, PA 19422-2726

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Christopher W. King, President
Cape Tip Seafood, Inc.
45A Court Street
Provincetown, MA 02657

Christopher Oddleifson, President
Rockland Trust Company
288 Union Street
Rockland, MA 02370-1803

Frederick M. Casinelli, Manager
Sysco Boston, LLC
380 South Worcester Road
Norton, MA 02766-3401

Sysco Boston, LLC
c/o Capitol Corporate Services, Inc.,
Registered Agent
10 Milk St., Suite 1055
Boston, MA 02108

Linda Jane Noons,
President & Registered Agent
John F. Noons, Inc.
6 Noons Hts Road
Truro, MA 02652

Douglas B. Bohannon,
President
Nickerson Lumber Co.
465 Route 134
P.O. Box 1418
South Dennis, MA 02660

Nickerson Lumber Co.
c/o Scott A. Sousa,
Registered Agent
465 Route 134
P. O. Box 1418
South Dennis, MA 02660

Cape Tip Seafood, Inc.
c/o Christopher King,
Registered Agent
140 Pole Dike Road
Wellfleet, MA  02667

85-87 Shankpainter Road, LLC
85 Shank Painter Road
Provincetown, MA  02657

Clement A. Silva,
Individually and as Trustee of
ClemDeb Realty Trust
P. O. Box 402
N. Truro, MA  02652-0402

Richard F. Latour,
President & Registered Agent
Timepayment Corp.
10M Commerce Way
Woburn, MA  01801

Debra J. Silva,
Trustee of ClemDeb Realty Trust
P.O. Box 402
N. Truro, MA  02652-0402

Stephen E. Shamban, Chapter 7 Trustee
of the Bankruptcy Estate of Debra Silva
222 Forbes Road
P.O. Box 850973
Braintree, MA  02185-0973