UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>DEBRA JEAN SILVA,<br><br>    Debtor.<br><br>---<br><br>SOVEREIGN BANK,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT B. OUR CO., INC., ROCKLAND TRUST COMPANY, EDWARD E. VEARA, HALLSMITH-SYSCO FOOD SERVICES, LLC, ROYAL BANK AMERICA LEASING, JOHN F. NOONS, INC., THE COMMONWEALTH OF MASSACHUSETTS, NICKERSON LUMBER COMPANY, CAPE TIP SEAFOOD, INC., TIMEPAYMENT CORP., 85-87 SHANKPAINTER ROAD, LLC, CLEMENT A. SILVA, individually and as Trustee of the CLEMDEB REALTY TRUST, DEBRA J. SILVA, as Trustee of the CLEMDEB REALTY TRUST, and STEPHEN E. SHAMBAN, as Chapter 7 Trustee,<br><br>    Defendants. | Chapter 7<br>Case No. 09-19222-WCH<br><br><br><br><br><br><br><br><br><br>Adversary Proceeding<br>Case No. 10-01205 |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2010, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, and via certified mail, return receipt requested, or as otherwise noted on the attached Service List:

    1.    Complaint For Interpleader, including Adversary Proceeding Cover Sheet;

2. Summons In An Adversary Proceeding; and

3. Plaintiff's Motion to Deposit Surplus Proceeds Into Court.

 

                        /s/ Jessica E. Murphy
                        Jessica E. Murphy, BBO #664361
                        Mirick, O'Connell, DeMallie & Lougee, LLP
                        100 Front Street
                        Worcester, MA  01608
                        Phone: 508.791.8500
                        Fax:   508.791.8502

Dated: July 29, 2010            Email: jmurphy@mirickoconnell.com
                        Email: bankrupt@mirickoconnell.com

SERVICE LIST

Debra Jean Silva, Debtor
Chapter 7, Case No. 09-19222-WCH;

Sovereign Bank, Plaintiff
v.
Robert B. Our Co., Inc. et al, Defendants
Adversary Proceeding Case No. 10-01205.

Robert B. Our Co., Inc.
c/o Joan A. Our, Registered Agent
24 Great Western Road
Harwich, MA 02645-2314

Christopher W. Our, President
Robert B. Our Co., Inc.
24 Great Western Road
Harwich, MA 02645-2314

Edward E. Veara
828 Main Street
Dennis, MA 02638-1904

Royal Bank America Leasing
Attn: Legal Dept.
550 Township Line Road
Suite 425
Bluebell, PA 19422-2726

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Christopher W. King, President
Cape Tip Seafood, Inc.
45A Court Street
Provincetown, MA 02657

Christopher Oddleifson, President
Rockland Trust Company
288 Union Street
Rockland, MA 02370-1803

Frederick M. Casinelli, Manager
Sysco Boston, LLC
380 South Worcester Road
Norton, MA 02766-3401

Sysco Boston, LLC
c/o Capitol Corporate Services, Inc.,
Registered Agent
10 Milk St., Suite 1055
Boston, MA 02108

Linda Jane Noons,
President & Registered Agent
John F. Noons, Inc.
6 Noons Hts Road
Truro, MA 02652

Douglas B. Bohannon,
President
Nickerson Lumber Co.
465 Route 134
P.O. Box 1418
South Dennis, MA 02660

Nickerson Lumber Co.
c/o Scott A. Sousa,
Registered Agent
465 Route 134
P. O. Box 1418
South Dennis, MA 02660

Cape Tip Seafood, Inc.
c/o Christopher King,
Registered Agent
140 Pole Dike Road
Wellfleet, MA 02667

85-87 Shankpainter Road, LLC
85 Shank Painter Road
Provincetown, MA 02657

Clement A. Silva,
Individually and as Trustee of
ClemDeb Realty Trust
P. O. Box 402
N. Truro, MA 02652-0402

Jennifer L. Hertz
U. S. Department of Justice
Office of the United States Trustee
10th Floor, Suite 1000
5 Post Office Square
Boston, MA 02109
(Counsel to United States Trustee)
(Via First-Class Mail)

Richard F. Latour,
President & Registered Agent
Timepayment Corp.
10M Commerce Way
Woburn, MA 01801

Debra J. Silva,
Trustee of ClemDeb Realty Trust
P.O. Box 402
N. Truro, MA 02652-0402

Stephen E. Shamban, Chapter 7 Trustee
of the Bankruptcy Estate of Debra Silva
222 Forbes Road
P.O. Box 850973
Braintree, MA 02185-0973