UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>**DEBRA JEAN SILVA,**<br><br>    Debtor. | Chapter 7<br>Case No. 09-19222-WCH |
| **SOVEREIGN BANK,**<br><br>    Plaintiff,<br><br>v.<br><br>**ROBERT B. OUR CO., INC., ROCKLAND TRUST COMPANY, EDWARD E. VEARA, HALLSMITH-SYSCO FOOD SERVICES, LLC, ROYAL BANK AMERICA LEASING, JOHN F. NOONS, INC., THE COMMONWEALTH OF MASSACHUSETTS, NICKERSON LUMBER COMPANY, CAPE TIP SEAFOOD, INC., TIMEPAYMENT CORP., 85-87 SHANKPAINTER ROAD, LLC, CLEMENT A. SILVA, individually and as Trustee of the CLEMDEB REALTY TRUST, DEBRA J. SILVA, as Trustee of the CLEMDEB REALTY TRUST, and STEPHEN E. SHAMBAN, as Chapter 7 Trustee,**<br><br>    Defendants. | **Adversary Proceeding<br>Case No. 10-01205** |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2010, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Notice of Non-Evidentiary Hearing
(Re: Plaintiff's Motion to Deposit Surplus Proceeds Into Court)
(Hearing Scheduled for August 27, 2010 at 9:30 a.m.)**

{Practice Areas\CORP\17325\00089\A1648803.DOC}    1

|  |  |
|---|---|
|  | /s/ Jessica E. Murphy |
|  | Jessica E. Murphy, BBO #664361 |
|  | Mirick, O'Connell, DeMallie & Lougee, LLP |
|  | 100 Front Street |
|  | Worcester, MA  01608 |
|  | Phone: 508.791.8500 |
|  | Fax:    508.791.8502 |
| Dated:  July 29, 2010 | Email: jmurphy@mirickoconnell.com |
|  | Email: bankrupt@mirickoconnell.com |

## SERVICE LIST

**Debra Jean Silva, Debtor**
<u>**Chapter 7, Case No. 09-19222-WCH**</u>;

**Sovereign Bank, Plaintiff**
v.
**Robert B. Our Co., Inc. et al, Defendants**
<u>**Adversary Proceeding Case No. 10-01205**</u>.

| | |
|---|---|
| Robert B. Our Co., Inc.<br>c/o Joan A. Our, Registered Agent<br>24 Great Western Road<br>Harwich, MA 02645-2314 | Christopher Oddleifson, President<br>Rockland Trust Company<br>288 Union Street<br>Rockland, MA 02370-1803 |
| Christopher W. Our, President<br>Robert B. Our Co., Inc.<br>24 Great Western Road<br>Harwich, MA 02645-2314 | Frederick M. Casinelli, Manager<br>Sysco Boston, LLC<br>380 South Worcester Road<br>Norton, MA 02766-3401 |
| Edward E. Veara<br>828 Main Street<br>Dennis, MA 02638-1904 | Sysco Boston, LLC<br>c/o Capitol Corporate Services, Inc.,<br>Registered Agent<br>10 Milk St., Suite 1055<br>Boston, MA 02108 |
| Royal Bank America Leasing<br>Attn: Legal Dept.<br>550 Township Line Road<br>Suite 425<br>Bluebell, PA 19422-2726 | Linda Jane Noons,<br>President & Registered Agent<br>John F. Noons, Inc.<br>6 Noons Hts Road<br>Truro, MA 02652 |
| Office of the Attorney General<br>Commonwealth of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108 | Douglas B. Bohannon,<br>President<br>Nickerson Lumber Co.<br>465 Route 134<br>P.O. Box 1418<br>South Dennis, MA 02660 |
| Christopher W. King, President<br>Cape Tip Seafood, Inc.<br>45A Court Street<br>Provincetown, MA 02657 | Nickerson Lumber Co.<br>c/o Scott A. Sousa,<br>Registered Agent<br>465 Route 134<br>P. O. Box 1418<br>South Dennis, MA 02660 |

Cape Tip Seafood, Inc.
c/o Christopher King,
Registered Agent
140 Pole Dike Road
Wellfleet, MA  02667

85-87 Shankpainter Road, LLC
85 Shank Painter Road
Provincetown, MA  02657

Clement A. Silva,
Individually and as Trustee of
ClemDeb Realty Trust
P. O. Box 402
N. Truro, MA  02652-0402

Jennifer L. Hertz
U. S. Department of Justice
Office of the United States Trustee
10th Floor, Suite 1000
5 Post Office Square
Boston, MA  02109
(Counsel to United States Trustee)

Richard F. Latour,
President & Registered Agent
Timepayment Corp.
10M Commerce Way
Woburn, MA  01801

Debra J. Silva,
Trustee of ClemDeb Realty Trust
P.O. Box 402
N. Truro, MA  02652-0402

Stephen E. Shamban, Chapter 7 Trustee
of the Bankruptcy Estate of Debra Silva
222 Forbes Road
P.O. Box 850973
Braintree, MA  02185-0973