**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re:   Debra Jean Silva | Related Bankruptcy Case: 09−19222 |
| | Chapter 7 |
| Debtor, | Judge William C. Hillman |
| | |
| Sovereign Bank | Adversary Proceeding: 10−01205 |
| Plaintiff | |
| vs. | |
| Robert B. Our Co., Inc. | |
| Defendant | |

---

NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **8/27/10 at 09:30 AM** before the Honorable Judge William C. Hillman , Barnstable Town Hall,, 367 Main Street, Hyannis, MA 02601 to consider the following:

   [2] Plaintiff's Motion to Deposit Surplus Proceeds into Court

 OBJECTION/RESPONSE DEADLINE:
 (If left blank, response deadline shall be governed by the Local Rules.)


THE MOVING PARTY IS RESPONSIBLE FOR:

   1. Serving a copy of this notice upon all parties entitled to notice forthwith; and
   2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

   1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

   2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071−1)

   3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

   4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013−1(f)].


Date:7/29/10                                                                        By the Court,

                                                                                    Patricia Heaney
                                                                                    Deputy Clerk
                                                                                    617−748−5337

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: ph                    Page 1 of 1                  Date Rcvd: Jul 29, 2010
Case: 10-01205                Form ID: aphrg              Total Noticed: 2

The following entities were noticed by first class mail on Jul 31, 2010.
aty          +Jessica Murphy,    Mirick O'Connell DeMallie & Lougee,    100 Front Street,
               Worcester, MA 01608-1477
ust          +John Fitzgerald,    Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**                             **Signature:** _Joseph Speetjens_