UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| DEBRA JEAN SILVA, | § § | Chapter 7<br>Case No. 09-19222-WCH |
| Debtor. | § § | |
| | § | |
| SOVEREIGN BANK, | § § § | |
| Plaintiff, | § § | |
| V. | § § § | Adversary Proceeding<br>Case No. 10-01205 |
| ROBERT B. OUR CO., INC., ROCKLAND TRUST COMPANY, EDWARD E. VEARA, HALLSMITH-SYSCO FOOD SERVICES, LLC, ROYAL BANK AMERICA LEASING, JOHN F. NOONS, INC., THE COMMONWEALTH OF MASSACHUSETTS, NICKERSON LUMBER COMPANY, CAPE TIP SEAFOOD, INC., TIMEPAYMENT CORP., 85-87 SHANKPAINTER ROAD, LLC, CLEMENT A. SILVA, individually and as Trustee of the CLEMDEB REALTY TRUST, DEBRA J. SILVA, as Trustee of the CLEMDEB REALTY TRUST, and STEPHEN E. SHAMBAN, as Chapter 7 Trustee, | § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF DISCLAIMER OF INTEREST

Sysco Boston, LLC ("Sysco"), involved in the above-styled litigation, submits this its disclaimer as follows:

Sysco disclaims any and all rights, titles, and interests of any kind in and to the surplus proceeds resulting from the foreclosure of property described in the Complaint for Interpleader filed herein by the Plaintiff in the United States Bankruptcy Court for the District of Massachusetts, Eastern Division.

Sysco requests that all parties to this proceeding remove Sysco from their service lists and to consider Sysco as dismissed from this litigation.

Based on this disclaimer, Sysco requests and prays that no costs be adjudged against it on final disposition of this case.

Dated: August 18, 2010.

                            Respectfully submitted,

                            /s/ Kendra M. Mayer
                            Kendra M. Mayer
                            State Bar No. 24065696
                            HAYNES AND BOONE, LLP
                            2323 Victory Ave., Ste. 700
                            Dallas, Texas 75219
                            Telephone: (214) 651-5000
                            Facsimile: (214) 651-5940

                            ***Counsel for Sysco Boston, LLC***

AUG 19 '10 AM 10:17 USB

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record on this the 18th day of August, 2010, as follows, and the parties receiving notice through the Court's electronic case filing system:

*Via Certified Mail Return Receipt Requested*
Robert B. Gibbons
Jessica E. Murphy
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
*Counsel for the Plaintiff*

Kendra M. Mayer