UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Sovereign Bank v. Robert B. Our Co.,    **Case Number:** 10-01205    **Ch:**

**Matter:**
　　#2; Plaintiff's Motion to Deposit Surplus Proceeds into Court

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

__2__ Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_____ Continued to:_____ For:_____

_____ Formal order/stipulation to be submitted by: _____ Date due:_____

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due_____ From_____

　　　　　　　　　　　　　　　Response(s) due_____ From_____

_____ Fees allowed in the amount of: $_____ Expenses of: $_____

_____ No appearance/response by:_____

_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　　　/s/ William C. Hillman  Dated: 08/27/2010
_____　　　_____

Courtroom Deputy　　　　　　　William C. Hillman, U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: dk                Page 1 of 1                 Date Rcvd: Aug 27, 2010
Case: 10-01205                Form ID: pdf012         Total Noticed: 13

The following entities were noticed by first class mail on Aug 29, 2010.
aty          +Brian D. Widegren,    Law Officeof Brian D. Widegren,    72 Route 28,   Suite 6,
               West Harwich, MA 02671-1112
aty          +David T. Mazzuchelli,    MA Dept. Of Revenue, Litigation Bureau,
               100 Cambridge Street,Seventh floor,    P.O. Box 9565,   Boston, MA 02114-9565
aty          +Jenny Redden,    Stephen E. Shamban Law Offices, P.C.,    222 Forbes Road,,   Ste. 208,
               P.O. Box 850973,    Braintree, MA 02185-0973
aty          +Jessica Murphy,    Mirick O’Connell DeMallie & Lougee,    100 Front Street,
               Worcester, MA 01608-1477
aty          +Kendra Mayer,    Haynes and Boone, LLP,    2323 Victory Avenue,    Dallas, TX 75219-7673
aty          +Michael A. Wirtz,    Jack Mikels & Associates, LLP,    1 Batterymarch Park,   Suite 309,
               Quincy, MA 02169-7484
ust          +John Fitzgerald,    Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
dft          +Clement A. Silva,    PO Box 402,   N. Truro, MA 02652-0402
dft          +Debra J. Silva,    PO Box 402,   N. Truro, MA 02652-0402
dft          +Hallsmith-Sysco Food Services, LLC,    C/O Dorothy Hebert,    380 So. Worcester Street,
               Norton, MA 02766-3400
dft          +Royal Bank America Leasing,    550 Township Line Road,    550 Township Line Road,   #425,
               Blue Bell, PA 19422-2734
pla          +Sovereign Bank,    446 Main Street,    Worcester, MA 01608-2359
dft          +Stephen Shamban,    222 Forbes Rd.,   P.O. Box 850973,   Braintree, MA 02185-0973

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           85-87 Shankpainter Road, LLC
dft           Cape Tip Seafood, Inc.
dft           Edward E. Veara
dft           John F. Noons, Inc.
dft           Nickerson Lumber Company
dft           Robert B. Our Co., Inc.
dft           Rockland Trust  Company
dft           The Commonwealth Of Massachusetts
dft           Timepayment Corp.
                                                                                TOTALS: 9, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2010**               **Signature:**  _Joseph Speetjens_