UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>DEBRA JEAN SILVA,<br><br>Debtor. | Chapter 7<br>Case No. 09-19222-WCH |
| SOVEREIGN BANK,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT B. OUR CO., INC., ROCKLAND TRUST COMPANY, EDWARD E. VEARA, HALLSMITH-SYSCO FOOD SERVICES, LLC, ROYAL BANK AMERICA LEASING, JOHN F. NOONS, INC., THE COMMONWEALTH OF MASSACHUSETTS, NICKERSON LUMBER COMPANY, CAPE TIP SEAFOOD, INC., TIMEPAYMENT CORP., 85-87 SHANKPAINTER ROAD, LLC, CLEMENT A. SILVA, individually and as Trustee of the CLEMDEB REALTY TRUST, DEBRA J. SILVA, as Trustee of the CLEMDEB REALTY TRUST, and STEPHEN E. SHAMBAN, as Chapter 7 Trustee,<br><br>Defendants. | Adversary Proceeding<br>Case No. 10-01205 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2010, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, to those parties entitled to receive notice via the Court's Electronic Case Filing System, or as otherwise noted on the attached Service List:

**Notice of Non-Evidentiary Hearing**
**(Re: Sovereign Bank's Motion for Attorneys' Fees and Costs**
**and Dismissal as Plaintiff in Interpleader Action)**
**(Hearing Scheduled for October 29, 2010 at 9:30 a.m.)**

|  |  |
|---|---|
|  | /s/ Jessica E. Murphy |
|  | Jessica E. Murphy, BBO #664361 |
|  | Mirick, O'Connell, DeMallie & Lougee, LLP |
|  | 100 Front Street |
|  | Worcester, MA  01608 |
|  | Phone: 508.791.8500 |
|  | Fax:    508.791.8502 |
| Dated:  September 21, 2010 | Email: jmurphy@mirickoconnell.com |
|  | Email: bankrupt@mirickoconnell.com |

SERVICE LIST

Debra Jean Silva, Debtor
Chapter 7, Case No. 09-19222-WCH;

Sovereign Bank, Plaintiff
v.
Robert B. Our Co., Inc. et al, Defendants
Adversary Proceeding Case No. 10-01205.

| | |
|---|---|
| Hallsmith Sysco Food Services, LLC<br>c/o Kendra Mayer<br>Haynes and Boone, LLP<br>2323 Victory Avenue<br>Dallas, TX 75219 | Sysco Boston, LLC<br>c/o Capitol Corporate Services, Inc.,<br>Registered Agent<br>10 Milk St., Suite 1055<br>Boston, MA 02108 |
| Edward E. Veara<br>828 Main Street<br>Dennis, MA 02638-1904 | Linda Jane Noons,<br>President & Registered Agent<br>John F. Noons, Inc.<br>6 Noons Hts Road<br>Truro, MA 02652 |
| Royal Bank America Leasing<br>Attn: Legal Dept.<br>550 Township Line Road<br>Suite 425<br>Bluebell, PA 19422-2726 | Douglas B. Bohannon,<br>President<br>Nickerson Lumber Co.<br>465 Route 134<br>P.O. Box 1418<br>South Dennis, MA 02660 |
| Christopher W. King, President<br>Cape Tip Seafood, Inc.<br>45A Court Street<br>Provincetown, MA 02657 | Nickerson Lumber Co.<br>c/o Scott A. Sousa,<br>Registered Agent<br>465 Route 134<br>P. O. Box 1418<br>South Dennis, MA 02660 |
| Cape Tip Seafood, Inc.<br>c/o Christopher King,<br>Registered Agent<br>140 Pole Dike Road<br>Wellfleet, MA 02667 | Richard F. Latour,<br>President & Registered Agent<br>Timepayment Corp.<br>10M Commerce Way<br>Woburn, MA 01801 |

85-87 Shankpainter Road, LLC
85 Shank Painter Road
Provincetown, MA 02657

Clement A. Silva,
Individually and as Trustee of
ClemDeb Realty Trust
P. O. Box 402
N. Truro, MA 02652-0402

Jennifer L. Hertz
U. S. Department of Justice
Office of the United States Trustee
10th Floor, Suite 1000
5 Post Office Square
Boston, MA 02109
(Counsel to United States Trustee)

Debra J. Silva,
Trustee of ClemDeb Realty Trust
P.O. Box 402
N. Truro, MA 02652-0402

Stephen E. Shamban, Chapter 7 Trustee
of the Bankruptcy Estate of Debra Silva
222 Forbes Road
P.O. Box 850973
Braintree, MA 02185-0973