UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>DEBRA JEAN SILVA,<br><br>      Debtor | CHAPTER 7<br>CASE NO. 09-19222-WCH |
| SOVEREIGN BANK,<br>      Plaintiff,<br>v.<br><br>ROBERT B. OUR CO., INC. ROCKLAND TRUST COMPANY, EDWARD E. VEARA, HALLSMITH-SYSCO FOOD SERVICES, LLC, ROYAL BANK AMERICA LEASING, JOHN F. NOONS, INC., THE COMMONWEALTH OF MASSACHUSETTS, NICKERSON LUMBER COMPANY, CAPE TIP SEAFOOD, INC., TIMEPAYMENT CORP., 85-87 SHANKPAINTER ROAD, LLC, CLEMENT A. SILVA, individually and as Trustee of the CLEMDEB REALTY TRUST, and STEPHEN E. SHAMBAN, as Chapter 7 Trustee,<br>      Defendant. | ADVERSARY<br>PROCEEDING NO.10-01205-WCH |

STEPHEN E. SHAMBAN, CHAPTER 7 TRUSTEE'S OPPOSITION TO SOVEREIGN
BANK'S MOTION FOR ATTORNEY'S FEES AND COSTS AND DISMISSAL AS
PLAINTIFF IN INTERPLEADER ACTION

      Now comes the Defendant Stephen E. Shamban, Chapter 7 Trustee, ("Trustee") and opposes Sovereign Bank's Motion for Attorney's Fees and Costs and Dismissal as Plaintiff in Interpleader Action, in part, and responds to the Motion as follows:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5. This paragraph states a conclusion of law and an opinion which does not necessitate a response, but to the extent it is deemed to require a response, denied.

6. This paragraph states a conclusion of law and an opinion which does not necessitate a response.

7. The Trustee is without sufficient information to admit or deny and in further answering states that Sovereign Bank should bear its own attorney's fees and costs.

WHEREFORE, Stephen E. Shamban, the Chapter 7 Trustee, respectfully requests that this Honorable Court:

a. Deny Sovereign Bank's Motion with respect to Attorney's fees and costs; and

b. Grant such other relief deemed proper and just.

RESPECTFULLY SUBMITTED

FOR STEPHEN E. SHAMBAN,
CHAPTER 7 TRUSTEE
By his Attorneys,

STEPHEN E. SHAMBAN LAW OFFICES, P.C.

By:  */s/Jenny L. Redden*
JENNY L. REDDEN (BBO# 645667)
P.O. BOX 850973
222 FORBES ROAD, STE. 208
BRAINTREE, MA  02185-0973
(781) 849-1136
EMAIL: jennylredden@yahoo.com

CERTIFICATE OF SERVICE

      I, Jenny L. Redden, do hereby certify that on September 24, 2010 I served the within OPPOSITION TO SOVEREIGN BANK'S MOTION FOR ATTORNEY'S FEES AND COSTS AND DISMISSAL AS PLAINTIFF IN INTERPLEADER ACTION and served same in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

- David T. Mazzuchelli    mazzucheld@dor.state.ma.us
- Jessica Murphy    jmurphy@mirickoconnell.com
- Jenny Redden    jennylredden@yahoo.com
- Brian D. Widegren    brianwidegren@gmail.com
- Michael A. Wirtz    jmikels@gis.net

Mail Service: via Regular, first-class United States mail, postage fully pre-paid, addressed to:

Kendra Mayer
Haynes and Boone, LLP
2323 Victory Avenue
Dallas, TX 75219

Royal Bank America Leasing
550 Township Line Road
550 Township Line Road
#425
Blue Bell, PA 19422

Clement A. Silva
PO Box 402
N. Truro, MA

Debra J. Silva
PO Box 402
N. Truro, MA

                                                                  */s/   Jenny L. Redden, Esq.*
                                                                    JENNY L. REDDEN

Sd.silva.opposition.092310