UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DEBRA JEAN SILVA, | ) | CHAPTER 7 |
| Debtor. | ) | CASE NO. 09-19222-WCH |
| | ) | |
| | ) | |
| SOVEREIGN BANK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT B. OUR CO., INC., ROCKLAND | ) | |
| TRUST COMPANY, EDWARD E. VEARA, | ) | |
| HALLSMITH-SYSCO FOOD SERVICES, | ) | |
| LLC, ROYAL BANK AMERICA | ) | ADVERSARY PROCEEDING |
| LEASING, JOHN F. NOONS, INC., THE | ) | CASE NO. 10-01205 |
| COMMONWEALTH OF | ) | |
| MASSACHUSETTS, NICKERSON | ) | |
| LUMBER COMPANY, CAPE TIP | ) | |
| SEAFOOD, INC., TIMEPAYMENT | ) | |
| CORP., 85-87 SHANKPAINTER ROAD, | ) | |
| LLC, CLEMENT A. SILVA, individually | ) | |
| and as Trustee of the CLEMDEB REALTY | ) | |
| TRUST, DEBRA J. SILVA, as Trustee of | ) | |
| the CLEMDEB REALTY TRUST, and | ) | |
| STEPHEN E. SHAMBAN, as Chapter 7 | ) | |
| Trustee, | ) | |
| Defendants. | ) | |

CHAPTER 7 TRUSTEE, STEPHEN E. SHAMBAN'S,
MOTION TO SUBSTITUTE AS PLAINTIFF

Now comes the Chapter 7 Trustee, Stephen E. Shamban, and pursuant to Federal Rule of

Civil Procedure 25(c) and Federal Rule of Bankruptcy Procedure 7025 respectfully requests that

this Honorable Court substitute the Chapter 7 Trustee as the Plaintiff in this adversary

proceeding and as grounds, states:

1.      Stephen E. Shamban is the duly appointed Chapter 7 Trustee of the Bankruptcy Estate of

Debra Jean Silva, Debtor.

2.      On July 28, 2010, Sovereign Bank filed this adversary proceeding to deposit surplus

proceeds from a foreclosure sale on real estate located at 85-87 Shank Painter Road,

Provincetown, Massachusetts and require the defendants to resolve their claims to the surplus

proceeds.

3.      The Complaint named as defendants nine entities, two individuals in their individual and

capacities as trustees of certain trusts, one individual and the Chapter 7 Trustee.

4.      All the named defendants had an interest in the real estate located at 85-87 Shank Painter

Road prior to the filing of the Chapter 7 petition and may have a claim to the surplus proceeds.

5.      Each defendant's claim to the surplus proceeds is subject to its validity and priority, and

certain liens may be subject to avoidance by the Chapter 7 Trustee.

6.      The Defendants the Robert B. Our Co., Inc., Rockland Trust Company, the

Commonwealth of Massachusetts and the Chapter 7 Trustee filed separate Answers to the

Complaint stating a claim to the surplus proceeds.

7.      Hallsmith-Sysco Food Services, Inc., LLC disclaimed its interest in the surplus proceeds.

8.      The Defendants Edward E. Veara, Royal Bank America Leasing, John F. Noons, Inc.,

Nickerson Lumber Company, Cape Tip Seafood, Inc., Timepayment Corp., 85-87 Shankpainter

Road, LLC, Clement A. Silva and Debra J. Silva have failed to file an answer to the Complaint,

or otherwise appear and defend.

9.      The Bankruptcy Estate has an interest in the Surplus and is entitled to part or all of the

Surplus whereas mortgages, liens and other claims may be subject to avoidance by the Chapter 7

Trustee pursuant to 11 U.S.C. § 544 and other relevant provisions of the Code.

10.     On September 17, 2010, Sovereign Bank filed a Motion to Dismiss as Plaintiff and

dismissal of Sovereign Bank may result in extinguishment of the adversary proceeding.

11.     The continuance of the adversary proceeding is in the best interest of the Bankruptcy

Estate and the remaining Defendants because disputes exist as to the allocation and entitlement

to the surplus proceeds requiring adjudication by this Court.

12.     The Bankruptcy Estate has an interest in having the claims and disputes between the

Chapter 7 Trustee and the each Defendant adjudicated.

13.     The allowance of the substitution of the Chapter 7 Trustee as Plaintiff will result in

judicial economy and dispense with the need for the filing of additional and separate adversary

proceedings between and among the Defendants and allow for the distribution of the surplus

proceeds by the Court to the appropriate party or parties.

WHEREFORE, Stephen E. Shamban, Chapter 7 Trustee, respectfully requests that this

Honorable Court:

a. Enter an order substituting the Chapter 7 Trustee, Stephen E. Shamban, as

Plaintiff in this adversary proceeding; and

b. Enter such other and further relief as may be just and proper.

Respectfully submitted,
For the Defendant,
Stephen E. Shamban, Chapter 7 Trustee,
By his Attorneys,

Dated: October 4, 2010        By:    _/s/ Jenny L Redden_____
Jenny L. Redden, Esquire, BBO #645667
STEPHEN E. SHAMBAN LAW OFFICES, P.C.
222 Forbes Road
Post Office Box 850973
Braintree, MA  02185-0973
(781) 849-1136
jennylredden@yahoo.com

CERTIFICATE OF SERVICE

I, Jenny L. Redden, counsel to the Plaintiff, Stephen E. Shamban, Chapter 7 Trustee, herein certify that on October 4, 2010, I electronically filed with the Clerk of the Bankruptcy Court: CHAPTER 7 TRUSTEE, STEPHEN E. SHAMBAN'S, MOTION TO SUBSTITUTE AS PLAINTIFF and served same in the following manner upon the interested parties:

E-Mail Service:  via the Court's CM/ECF system which sent notification of such filing to the following:

David T. Mazzuchelli      mazzucheld@dor.state.ma.us
Jessica Murphy      jmurphy@mirickoconnell.com
Brian D. Widegren      brianwidegren@gmail.com
Michael A. Wirtz      jmikels@gis.net

Mail Service:  via Regular, first-class United States mail, postage fully pre-paid, addressed to:

85-87 Shank Painter Road, LLC
85 Shank Painter Road
Provincetown, MA 02657-1344

Cape Tip Seafood, Inc.
45A Court Street
Provincetown, MA 02657

John F. Noons, Inc.
6 Noons Heights Road
North Truro, MA 02652

Kendra Mayer
Haynes and Boone, LLP
2323 Victory Avenue
Dallas, TX 75219

Nickerson Lumber Company
465 Route 134
P.O. Box 1418
South Dennis, MA 02660-1418

Royal Bank America Leasing
550 Township Line Road, #425
Blue Bell, PA 19422

Clement A. Silva
PO Box 402
N. Truro, MA 02652-0402

Debra J. Silva
PO Box 402
N. Truro, MA 02652-0402

Timepayment Corp.
10M Commerce Way
Woburn, MA 01801

Edward E. Veara
828 Main Street
Dennis, MA 02638-1904

/s/ *Jenny L Redden*