UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>DEBRA JEAN SILVA,<br><br>    Debtor.<br><br>SOVEREIGN BANK,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT B. OUR CO., INC., ROCKLAND TRUST COMPANY, EDWARD E. VEARA, HALLSMITH-SYSCO FOOD SERVICES, LLC, ROYAL BANK AMERICA LEASING, JOHN F. NOONS, INC., THE COMMONWEALTH OF MASSACHUSETTS, NICKERSON LUMBER COMPANY, CAPE TIP SEAFOOD, INC., TIMEPAYMENT CORP., 85-87 SHANKPAINTER ROAD, LLC, CLEMENT A. SILVA, individually and as Trustee of the CLEMDEB REALTY TRUST, DEBRA J. SILVA, as Trustee of the CLEMDEB REALTY TRUST, and STEPHEN E. SHAMBAN, as Chapter 7 Trustee,<br>    Defendants. | Chapter 7<br>Case No. 09-19222-WCH<br><br><br><br><br>Adversary Proceeding<br>Case No.: 10-01205 |

## PROPOSED ORDER

IT IS HEREBY ORDERED that the plaintiff, Sovereign Bank, is awarded its fees and costs of this action in the amount of Five Thousand Seven Hundred Forty-Four and 46/100 Dollars ($5,744.46) and such amount is paid to Sovereign Bank from the funds deposited with the Court. It is further ordered that after payment of this amount, Sovereign Bank be dismissed from this action.

Dated: 10/27/10

_____, J

{Practice Areas\CORP\17325\00089\A1670948.DOC}

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: elombard              Page 1 of 1         Date Rcvd: Nov 02, 2010
Case: 10-01205                 Form ID: pdf012             Total Noticed: 13
```

The following entities were noticed by first class mail on Nov 04, 2010.
```
aty          +Brian D. Widegren,   Law Officeof Brian D. Widegren,    72 Route 28,    Suite 6,
               West Harwich, MA 02671-1112
aty          +David T. Mazzuchelli,    MA Dept. Of Revenue, Litigation Bureau,
               100 Cambridge Street,Seventh floor,     P.O. Box 9565,    Boston, MA 02114-9565
aty          +Jenny Redden,    Stephen E. Shamban Law Offices, P.C.,    222 Forbes Road,,    Ste. 208,
               P.O. Box 850973,    Braintree, MA 02185-0973
aty          +Jessica Murphy,    Mirick O'Connell DeMallie & Lougee,    100 Front Street,
               Worcester, MA 01608-1477
aty          +Kendra Mayer,    Haynes and Boone, LLP,    2323 Victory Avenue,    Dallas, TX 75219-7673
aty          +Michael A. Wirtz,    Jack Mikels & Associates, LLP,    1 Batterymarch Park,    Suite 309,
               Quincy, MA 02169-7484
ust          +John Fitzgerald,    Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
dft          +Clement A. Silva,    PO Box 402,   N. Truro, MA 02652-0402
dft          +Debra J. Silva,    PO Box 402,   N. Truro, MA 02652-0402
dft          +Hallsmith-Sysco Food Services, LLC,    C/O Dorothy Hebert,    380 So. Worcester Street,
               Norton, MA 02766-3400
dft          +Royal Bank America Leasing,    550 Township Line Road,    550 Township Line Road,   #425,
               Blue Bell, PA 19422-2734
pla          +Sovereign Bank,    446 Main Street,    Worcester, MA 01608-2359
dft          +Stephen Shamban,    222 Forbes Rd.,    P.O. Box 850973,    Braintree, MA 02185-0973
```

The following entities were noticed by electronic transmission on Nov 03, 2010.
```
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov                                 John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           85-87 Shankpainter Road, LLC
dft           Cape Tip Seafood, Inc.
dft           Edward E. Veara
dft           John F. Noons, Inc.
dft           Nickerson Lumber Company
crd           Robert B. Our Co., Inc.
dft           Robert B. Our Co., Inc.
crd           Rockland Trust   Company
dft           Rockland Trust   Company
dft           Timepayment Corp.
crc*         +Stephen Shamban,    222 Forbes Rd.,    P.O. Box 850973,    Braintree, MA 02185-0973
crc*         +Stephen Shamban,    222 Forbes Rd.,    P.O. Box 850973,    Braintree, MA 02185-0973
                                                                                            TOTALS: 10, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**              **Signature:** *Joseph Speetjens*