UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| DEBRA JEAN SILVA, ) | CHAPTER 7 |
|     Debtor. ) | CASE NO. 09-19222-WCH |
| ) | |
| SOVEREIGN BANK, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT B. OUR CO., INC., ROCKLAND ) | |
| TRUST COMPANY, EDWARD E. VEARA,) | |
| HALLSMITH-SYSCO FOOD SERVICES, ) | |
| LLC, ROYAL BANK AMERICA ) | ADVERSARY PROCEEDING |
| LEASING, JOHN F. NOONS, INC., THE ) | CASE NO. 10-01205 |
| COMMONWEALTH OF ) | |
| MASSACHUSETTS, NICKERSON ) | |
| LUMBER COMPANY, CAPE TIP ) | |
| SEAFOOD, INC., TIMEPAYMENT ) | |
| CORP., 85-87 SHANKPAINTER ROAD, ) | |
| LLC, CLEMENT A. SILVA, individually ) | |
| and as Trustee of the CLEMDEB REALTY ) | |
| TRUST, DEBRA J. SILVA, as Trustee of ) | |
| the CLEMDEB REALTY TRUST, and ) | |
| STEPHEN E. SHAMBAN, as Chapter 7 ) | |
| Trustee, ) | |
|     Defendants. ) | |
| ) | |

MOTION TO WITHDRAW OPPOSITION FILED BY STEPHEN SHAMBAN TO
MOTION FILED BY SOVEREIGN BANK FOR ATTORNEYS' FEES AND COSTS AND
DISMISSAL AS PLAINTIFF IN INTERPLEADER ACTION

Now comes Chapter 7 Trustee, Stephen E. Shamban, and says:

11/02/2010 Granted.

1.     On July 28, 2010, Sovereign Bank filed this adversary proceeding to deposit surplus proceeds from a foreclosure sale on real estate located at 85-87 Shank Painter Road, Provincetown, Massachusetts and require the defendants to resolve their claims to the surplus proceeds.

2.     On September 17, 2010, Sovereign Bank filed a Motion for Attorneys' Fees and Costs and Dismissal as Plaintiff in the Interpleader Action.

3.     On September 24, 2010 the Chapter 7 Trustee filed an Opposition to Sovereign Bank's Motion for Attorneys' Fees and Costs and Dismissal as Plaintiff in the Interpleader Action.

4.     No other party filed an opposition, objection or other responsive pleading to Sovereign Bank's Motion for Attorneys' Fees and Costs and Dismissal as Plaintiff in the Interpleader Action.

5.     On October 4, 2010, the Chapter 7 Trustee filed a Motion to Substitute as Plaintiff in the Interpleader Action.

6.     On October 27, 2010, the Court allowed the Chapter 7 Trustee's Motion to Substitute as Plaintiff in the Interpleader Action.

7. The Chapter 7 Trustee has reviewed the Affidavit, statement and attachments with respect to the attorney's fees and costs of counsel for Sovereign Bank and has no objection to payment of the attorney's fees.

8. The Court has scheduled a hearing on October 29, 2010 at Barnstable Town Hall, Hyannis for the Motion for Attorneys' Fees and Costs and Dismissal as Plaintiff in the Interpleader Action and the only issue that remains is the compensation of attorney's fees and costs.

WHEREFORE, the Chapter 7 Trustee, Stephen E. Shamban, respectfully requests that this Honorable Court:

1. Grant him leave to withdraw his Opposition to Sovereign Bank's Motion for Attorneys' Fees and Costs and Dismissal as Plaintiff in the Interpleader Action; and

2. Enter an Order for such other and further relief as is meet and proper and as justice may require.

Respectfully submitted,
STEPHEN E. SHAMBAN, CHAPTER 7 TRUSTEE
By his Attorneys,
STEPHEN E. SHAMBAN LAW OFFICES, P.C.

DATED:  October 28, 2010    By:    /s/Jenny L. Redden
JENNY L. REDDEN (BBO# 645667)
P.O. BOX 850973
222 FORBES ROAD, STE. 208
BRAINTREE, MA  02185-0973
(781) 849-1136
EMAIL:  jennylredden@yahoo.com

CERTIFICATE OF SERVICE

      I, Jenny L. Redden, counsel to the Plaintiff, Stephen E. Shamban, Chapter 7 Trustee, herein certify that on October 28, 2010, I electronically filed with the Clerk of the Bankruptcy Court: MOTION TO WITHDRAW OPPOSITION FILED BY STEPHEN SHAMBAN TO MOTION FILED BY SOVEREIGN BANK FOR ATTORNEYS' FEES AND COSTS AND DISMISSAL AS PLAINTIFF IN INTERPLEADER ACTION and served same in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

David T. Mazzuchelli    mazzucheld@dor.state.ma.us
Jessica Murphy    jmurphy@mirickoconnell.com
Brian D. Widegren    brianwidegren@gmail.com
Michael A. Wirtz    jmikels@gis.net

Mail Service: via Regular, first-class United States mail, postage fully pre-paid, addressed to:

85-87 Shank Painter Road, LLC
85 Shank Painter Road
Provincetown, MA 02657-1344

Cape Tip Seafood, Inc.
45A Court Street
Provincetown, MA 02657

John F. Noons, Inc.
6 Noons Heights Road
North Truro, MA 02652

Kendra Mayer
Haynes and Boone, LLP
2323 Victory Avenue
Dallas, TX 75219

Nickerson Lumber Company
465 Route 134
P.O. Box 1418
South Dennis, MA 02660-1418

Royal Bank America Leasing
550 Township Line Road, #425
Blue Bell, PA 19422

Clement A. Silva
PO Box 402
N. Truro, MA 02652-0402

Debra J. Silva
PO Box 402
N. Truro, MA 02652-0402

Timepayment Corp.
10M Commerce Way
Woburn, MA 01801

Edward E. Veara
828 Main Street
Dennis, MA 02638-1904

                                              */s/ Jenny L Redden*

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: elombard               Page 1 of 1             Date Rcvd: Nov 02, 2010
Case: 10-01205                Form ID: pdf012              Total Noticed: 13

The following entities were noticed by first class mail on Nov 04, 2010.
aty          +Brian D. Widegren,    Law Officeof Brian D. Widegren,    72 Route 28,   Suite 6,
               West Harwich, MA 02671-1112
aty          +David T. Mazzuchelli,    MA Dept. Of Revenue, Litigation Bureau,
               100 Cambridge Street,Seventh floor,    P.O. Box 9565,   Boston, MA 02114-9565
aty          +Jenny Redden,    Stephen E. Shamban Law Offices, P.C.,    222 Forbes Road,,   Ste. 208,
               P.O. Box 850973,    Braintree, MA 02185-0973
aty          +Jessica Murphy,    Mirick O'Connell DeMallie & Lougee,    100 Front Street,
               Worcester, MA 01608-1477
aty          +Kendra Mayer,    Haynes and Boone, LLP,    2323 Victory Avenue,   Dallas, TX 75219-7673
aty          +Michael A. Wirtz,    Jack Mikels & Associates, LLP,    1 Batterymarch Park,   Suite 309,
               Quincy, MA 02169-7484
ust          +John Fitzgerald,    Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
dft          +Clement A. Silva,    PO Box 402,   N. Truro, MA 02652-0402
dft          +Debra J. Silva,    PO Box 402,   N. Truro, MA 02652-0402
dft          +Hallsmith-Sysco Food Services, LLC,    C/O Dorothy Hebert,    380 So. Worcester Street,
               Norton, MA 02766-3400
dft          +Royal Bank America Leasing,    550 Township Line Road,    550 Township Line Road,   #425,
               Blue Bell, PA 19422-2734
pla          +Sovereign Bank,    446 Main Street,    Worcester, MA 01608-2359
dft          +Stephen Shamban,    222 Forbes Rd.,    P.O. Box 850973,   Braintree, MA 02185-0973

The following entities were noticed by electronic transmission on Nov 03, 2010.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov                                 John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           85-87 Shankpainter Road, LLC
dft           Cape Tip Seafood, Inc.
dft           Edward E. Veara
dft           John F. Noons, Inc.
dft           Nickerson Lumber Company
crd           Robert B. Our Co., Inc.
dft           Robert B. Our Co., Inc.
crd           Rockland Trust   Company
dft           Rockland Trust   Company
dft           Timepayment Corp.
crc*         +Stephen Shamban,    222 Forbes Rd.,    P.O. Box 850973,   Braintree, MA 02185-0973
crc*         +Stephen Shamban,    222 Forbes Rd.,    P.O. Box 850973,   Braintree, MA 02185-0973
                                                                                   TOTALS: 10, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**          **Signature:** *Joseph Speetjens*