**United States Bankruptcy Court**
**District of Massachusetts**
**Eastern Division**

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **Debra Jean Silva,** ) | Chapter 7 |
|     **Debtor** ) | Case No. 09-19222-WCH |
| ) | |
| **Sovereign Bank,** ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | |
| **Robert B. Our Co., Inc., Rockland** ) | |
| **Trust Company, Edward E. Veara,** ) | |
| **Hallsmith-Sysco Food Services,** ) | |
| **LLC, Royal Bank America** ) | Adversary Proceedings |
| **Leasing, John F. Noons, Inc., The** ) | Case No. 10-01205 |
| **Commonwealth of** ) | |
| **Massachusetts, Nickerson** ) | |
| **Lumber Company, Cape Tip** ) | |
| **Seafood, Inc., Timepayment** ) | |
| **Corp. 85-87 Shankpainter Road,** ) | |
| **LLC, Clement A. Silva, individually** ) | |
| **and as Trustee of the ClemDeb Realty** ) | |
| **Trust, Debra J. Silva, as Trustee of** ) | |
| **the ClemDeb Realty Trust, and** ) | |
| **Stephen E. Shamban, as Chapter 7** ) | |
| **Trustee,** ) | |
|     **Defendants** ) | |

**Robert B. Our Co., Inc.'s Motion to Allow Late Filing of Answer to Cross-Claim**

Defendant Robert B. Our Co., Inc. respectfully requests that the Court allow it to file a late answer to Stephen E. Shamban, Chapter 7 Trustee's cross-claim. Although the cross-claim was served on October 4, 2010, due to the inadvertence of

1

11/17/2010 Granted.

counsel, the defendant did not timely respond. As set forth in the attached, proposed answer, the defendant has several meritorious defenses to the cross-claim. (Proposed Answer, Exhibit A at 4–5.) It would be inequitable if the defendant were prevented from responding to the cross-claim.

        Respectfully submitted,
        Robert B. Our Co., Inc.
        By its attorneys,

        /s/ Brian Widegren
        Brian Widegren, BBO# 527150
        72 Route 28, Suite 6
        West Harwich, MA 02671
        (508) 432-2600
        brianwidegren@gmail.com

        /s/ Frank J. Shealey
        Frank J. Shealey, BBO# 456440
        The Law Offices of Frank J. Shealey
        P.O. Box 666 – 37 Stage Harbor Road
        Chatham, MA 02633
        (508) 945-9500
        shealeylaw@verizon.net

Dated: October 29, 2010

## Certificate of Service

       I hereby certify that that I have this date caused a copy of the following documents to be electronically transmitted to the following persons:

      Document:    Defendant Robert B. Our Co., Inc.'s
Motion to Allow Late Filing of
Answer to Cross-Claim

      Persons Served:    Jessica Murphy, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
jmurphy@mirickoconnell.com

      Michael A. Wirz, Esq.
Jack Mikels & Associates, LLP
jmikels@gis.net

      David T. Mazzuchelli, Esq.
Counsel to the Commissioner
Massachusetts Department of Revenue
mazzucheld@dor.state.ma.us

      Jenny L. Redden, Esq.

Dated: October 29, 2010          /s/ Brian Widegren
          Brian Widegren, BBO# 527150
          72 Route 28, Suite 6
          West Harwich, MA 02671
          (508) 432-2600

## Certificate of Service

I, Frank J. Shealey, certify that I have this 29th day of October, 2010, served a copy of Defendant Robert B. Our Co., Inc.'s Motion to Allow Late Filing of Answer to Cross-Claim on the parties or persons listed below, by mail, postage pre-paid, as indicated below.

/s/ Frank J. Shealey
Frank J. Shealey, BBO# 456440
The Law Offices of Frank J. Shealey
P.O. Box 666 – 37 Stage Harbor Road
Chatham, MA 02633
(508) 945-9500

| | | |
|---|---|---|
| Stephen E. Shamban, Esq. | Debra J. Silva | Clement A. Silva |
| Jenny L. Redden, Esq. | P.O. Box 402 | P.O. Box 402 |
| P.O. Box 850973 | N. Truro, MA 02652 | N. Truro, MA 02652 |
| 222 Forbes Road, Suite 208 | | |
| Braintree, MA 02185 | | |

85-87 Shankpainter Road, LLC
85 Shank Painter Road
Provincetown, MA 02657-1344

Cape Tip Seafood, Inc.
45A Court Street
Provincetown, MA 02657

John F. Noons, Inc.
6 Noons Heights Road
N. Truro, MA 02652

Nickerson Lumber Company
P.O. Box 1418
465 Route 134
S. Dennis, MA 02660-1418

Royal Bank America Leasing
550 Township Line Road, #425
Blue Bell, PA 19422

Timepayment Corp.
10M Commerce Way
Woburn, MA 01801

Edward E. Veara
828 Main Street
Dennis, MA 02638-1904