United States Bankruptcy Court
District of Massachusetts
Eastern Division

| | |
|---|---|
| In Re: ) | |
| ) | |
| **Debra Jean Silva,** ) | Chapter 7 |
|    **Debtor** ) | Case No. 09-19222-WCH |
| ) | |
| **Sovereign Bank,** ) | |
|    **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | |
| **Robert B. Our Co., Inc., Rockland** ) | |
| **Trust Company, Edward E. Veara,** ) | |
| **Hallsmith-Sysco Food Services,** ) | |
| **LLC, Royal Bank America** ) | Adversary Proceedings |
| **Leasing, John F. Noons, Inc., The** ) | Case No. 10-01205 |
| **Commonwealth of** ) | |
| **Massachusetts, Nickerson** ) | |
| **Lumber Company, Cape Tip** ) | |
| **Seafood, Inc., Timepayment** ) | |
| **Corp. 85-87 Shankpainter Road,** ) | |
| **LLC, Clement A. Silva, individually** ) | |
| **and as Trustee of the ClemDeb Realty** ) | |
| **Trust, Debra J. Silva, as Trustee of** ) | |
| **the ClemDeb Realty Trust, and** ) | |
| **Stephen E. Shamban, as Chapter 7** ) | |
| **Trustee,** ) | |
|    **Defendants** ) | |

**Robert B. Our Co., Inc.'s Motion to Allow Late Filing of Answer to Cross-Claim**

Defendant Robert B. Our Co., Inc. respectfully requests that the Court allow it to file a late answer to Stephen E. Shamban, Chapter 7 Trustee's cross-claim.

Although the cross-claim was served on October 4, 2010, due to the inadvertence of

1

counsel, the defendant did not timely respond. As set forth in the attached, proposed answer, the defendant has several meritorious defenses to the cross-claim. (Proposed Answer, Exhibit A at 4–5.) It would be inequitable if the defendant were prevented from responding to the cross-claim.

    Respectfully submitted,
    Robert B. Our Co., Inc.
    By its attorneys,

    /s/ Brian Widegren
    Brian Widegren, BBO# 527150
    72 Route 28, Suite 6
    West Harwich, MA 02671
    (508) 432-2600
    brianwidegren@gmail.com

    /s/ Frank J. Shealey
    Frank J. Shealey, BBO# 456440
    The Law Offices of Frank J. Shealey
    P.O. Box 666 – 37 Stage Harbor Road
    Chatham, MA 02633
    (508) 945-9500
    shealeylaw@verizon.net

Dated: October 29, 2010

## Certificate of Service

I hereby certify that that I have this date caused a copy of the following documents to be electronically transmitted to the following persons:

Document: Defendant Robert B. Our Co., Inc.'s Motion to Allow Late Filing of Answer to Cross-Claim

Persons Served:
Jessica Murphy, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
jmurphy@mirickoconnell.com

Michael A. Wirz, Esq.
Jack Mikels & Associates, LLP
jmikels@gis.net

David T. Mazzuchelli, Esq.
Counsel to the Commissioner
Massachusetts Department of Revenue
mazzucheld@dor.state.ma.us

Jenny L. Redden, Esq.

Dated: October 29, 2010

/s/ Brian Widegren
Brian Widegren, BBO# 527150
72 Route 28, Suite 6
West Harwich, MA 02671
(508) 432-2600

## Certificate of Service

I, Frank J. Shealey, certify that I have this 29th day of October, 2010, served a copy of Defendant Robert B. Our Co., Inc.'s Motion to Allow Late Filing of Answer to Cross-Claim on the parties or persons listed below, by mail, postage pre-paid, as indicated below.

/s/ Frank J. Shealey
Frank J. Shealey, BBO# 456440
The Law Offices of Frank J. Shealey
P.O. Box 666 – 37 Stage Harbor Road
Chatham, MA 02633
(508) 945-9500

| | | |
|---|---|---|
| Stephen E. Shamban, Esq.<br>Jenny L. Redden, Esq.<br>P.O. Box 850973<br>222 Forbes Road, Suite 208<br>Braintree, MA 02185 | Debra J. Silva<br>P.O. Box 402<br>N. Truro, MA 02652 | Clement A. Silva<br>P.O. Box 402<br>N. Truro, MA 02652 |

85-87 Shankpainter Road, LLC
85 Shank Painter Road
Provincetown, MA 02657-1344

Cape Tip Seafood, Inc.
45A Court Street
Provincetown, MA 02657

John F. Noons, Inc.
6 Noons Heights Road
N. Truro, MA 02652

Nickerson Lumber Company
P.O. Box 1418
465 Route 134
S. Dennis, MA 02660-1418

Royal Bank America Leasing
550 Township Line Road, #425
Blue Bell, PA 19422

Timepayment Corp.
10M Commerce Way
Woburn, MA 01801

Edward E. Veara
828 Main Street
Dennis, MA 02638-1904

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: elombard              Page 1 of 1              Date Rcvd: Nov 17, 2010
Case: 10-01205                Form ID: pdf012             Total Noticed: 13

The following entities were noticed by first class mail on Nov 19, 2010.
aty          +Brian D. Widegren,   Law Officeof Brian D. Widegren,   72 Route 28,   Suite 6,
               West Harwich, MA 02671-1112
aty          +David T. Mazzuchelli,   MA Dept. Of Revenue, Litigation Bureau,
               100 Cambridge Street,Seventh floor,   P.O. Box 9565,   Boston, MA 02114-9565
aty          +Jenny Redden,   Stephen E. Shamban Law Offices, P.C.,   222 Forbes Road,,   Ste. 208,
               P.O. Box 850973,   Braintree, MA 02185-0973
aty          +Jessica Murphy,   Mirick O'Connell DeMallie & Lougee,   100 Front Street,
               Worcester, MA 01608-1477
aty          +Kendra Mayer,   Haynes and Boone, LLP,   2323 Victory Avenue,   Dallas, TX 75219-7673
aty          +Michael A. Wirtz,   Jack Mikels & Associates, LLP,   1 Batterymarch Park,   Suite 309,
               Quincy, MA 02169-7484
ust          +John Fitzgerald,   Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3934
dft          +Clement A. Silva,   PO Box 402,   N. Truro, MA 02652-0402
dft          +Debra J. Silva,   PO Box 402,   N. Truro, MA 02652-0402
dft          +Hallsmith-Sysco Food Services, LLC,   C/O Dorothy Hebert,   380 So. Worcester Street,
               Norton, MA 02766-3400
dft          +Royal Bank America Leasing,   550 Township Line Road,   550 Township Line Road,   #425,
               Blue Bell, PA 19422-2734
pla          +Sovereign Bank,   446 Main Street,   Worcester, MA 01608-2359
dft          +Stephen Shamban,   222 Forbes Rd.,   P.O. Box 850973,   Braintree, MA 02185-0973

The following entities were noticed by electronic transmission on Nov 18, 2010.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov                            John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3934
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft             85-87 Shankpainter Road, LLC
dft             Cape Tip Seafood, Inc.
dft             Edward E. Veara
dft             John F. Noons, Inc.
dft             Nickerson Lumber Company
crd             Robert B. Our Co., Inc.
dft             Robert B. Our Co., Inc.
crd             Rockland Trust   Company
dft             Rockland Trust   Company
dft             Timepayment Corp.
crc*         +Stephen Shamban,   222 Forbes Rd.,   P.O. Box 850973,   Braintree, MA 02185-0973
crc*         +Stephen Shamban,   222 Forbes Rd.,   P.O. Box 850973,   Braintree, MA 02185-0973
                                                                                   TOTALS: 10, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2010**          **Signature:**   *Joseph Speetjens*