UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>DEBRA JEAN SILVA,<br>    Debtor.<br><br>SOVEREIGN BANK,<br>    Plaintiff,<br><br>v.<br><br>ROBERT B. OUR CO., INC., ROCKLAND TRUST COMPANY, EDWARD E. VEARA, HALLSMITH-SYSCO FOOD SERVICES, LLC, ROYAL BANK AMERICA LEASING, JOHN F. NOONS, INC., THE COMMONWEALTH OF MASSACHUSETTS, NICKERSON LUMBER COMPANY, CAPE TIP SEAFOOD, INC., TIMEPAYMENT CORP., 85-87 SHANKPAINTER ROAD, LLC, CLEMENT A. SILVA, individually and as Trustee of the CLEMDEB REALTY TRUST, DEBRA J. SILVA, as Trustee of the CLEMDEB REALTY TRUST, and STEPHEN E. SHAMBAN, as Chapter 7 Trustee,<br>    Defendants. | CHAPTER 7<br>CASE NO. 09-19222-WCH<br><br><br><br><br><br><br><br><br>ADVERSARY PROCEEDING<br>CASE NO. 10-01205 |

MOTION FOR WITHDRAWAL OF JENNY L. REDDEN, ESQUIRE AS ATTORNEY FOR
THE DEFENDANT AND CROSS CLAIM PLAINTIFF, STEPHEN E. SHAMBAN,
CHAPTER 7 TRUSTEE

NOW COMES Jenny L. Redden, Esquire and respectfully moves this Honorable Court to allow her immediate withdrawal as counsel in this case and in support of her request, states:

1.   Stephen E. Shamban was the duly appointed Chapter 7 Trustee.

2.    Stephen E. Shamban Law Offices, P.C. was appointed as counsel to the Trustee in the above-captioned Chapter 7 case and Jenny L. Redden of that law firm filed an appearance as counsel in the above-captioned Chapter 7 case.

3.    Jenny L. Redden filed an answer and cross claims on behalf of the Chapter 7 Trustee.

4.    Stephen E. Shamban died on November 18, 2010.

5.    Stephen E. Shamban Law Offices, P.C. will be dissolved and Jenny L. Redden does not have authorization to continue in representation in this adversary proceeding.

6.    Upon information and belief, the United States Trustee will appoint a successor Trustee who will retain counsel and who, in his or discretion, will substitute as party in the adversary proceeding if necessary.

WHEREFORE, Jenny L. Redden, Esquire respectfully requests that this Honorable Court:

a.    Allow me to withdraw my appearance and enter my withdrawal as attorney for the Plaintiff, Stephen E. Shamban, Chapter 7 Trustee; and

b.    Grant such other relief deemed just and proper.

Respectfully submitted,
For STEPHEN E. SHAMBAN
CHAPTER 7 TRUSTEE
By his Attorneys,

STEPHEN E. SHAMBAN LAW OFFICES, P.C.

DATED: December 7, 2010        By:    /s/Jenny L. Redden
Jenny L. Redden (BBO# 645667)
P.O. BOX 850973
222 FORBES ROAD, STE. 208
BRAINTREE, MA  02185-0973
(781) 849-1136
EMAIL:  jennylredden@yahoo.com

CERTIFICATE OF SERVICE

   I, Jenny L. Redden, do hereby certify that on December 7, 2010, I electronically filed with the Clerk of the Bankruptcy Court MOTION FOR WITHDRAWAL OF JENNY L. REDDEN, ESQUIRE AS ATTORNEY FOR THE DEFENDANT AND CROSS CLAIM PLAINTIFF, STEPHEN E. SHAMBAN, CHAPTER 7 TRUSTEE and served same in the following manner upon the interested parties:

E-Mail Service:  via the Court's CM/ECF system which sent notification of such filing to the following:

David T. Mazzuchelli mazzucheld@dor.state.ma.us
Jessica Murphy jmurphy@mirickoconnell.com
Brian D. Widegren brianwidegren@gmail.com
Michael A. Wirtz jmikels@gis.net

By first class mail:

85-87 Shank Painter Road, LLC
85 Shank Painter Road
Provincetown, MA 02657-1344

Cape Tip Seafood, Inc.
45A Court Street
Provincetown, MA 02657

John F. Noons, Inc.
6 Noons Heights Road
North Truro, MA 02652

Kendra Mayer
Haynes and Boone, LLP
2323 Victory Avenue
Dallas, TX 75219

Nickerson Lumber Company
465 Route 134
P.O. Box 1418
South Dennis, MA 02660-1418

Royal Bank America Leasing
550 Township Line Road, #425
Blue Bell, PA 19422

Clement A. Silva
PO Box 402
N. Truro, MA 02652-0402

Debra J. Silva
PO Box 402
N. Truro, MA 02652-0402

Timepayment Corp.
10M Commerce Way
Woburn, MA 01801

Edward E. Veara
828 Main Street
Dennis, MA 02638-1904

                                                                        /s/Jenny L. Redden